UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL STEVEN TOBIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,<br><br>　　　　　Defendants. | CASE NO. C14-34-MJP-JPD<br><br>ORDER |

The Court, having reviewed plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. 18) is DENIED.

//

//

ORDER- 1

1     The clerk is ordered to provide copies of this order to all counsel and to the Honorable
2 James P. Donohue.

3     Dated this <u>1st</u> day of July, 2014.

                                                   Marsha J. Pechman
                                                 Chief United States District Judge

ORDER- 2